**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01790-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.**)

VINCENT E. LOGGINS

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff, Vincent E. Loggins, currently is confined a the Colorado Mental Health Institute at Pueblo, Colorado. Mr. Loggins, acting *pro se*, initiated this action by filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Loggins also submitted a Motion to File Without Payment and Supporting Financial Affidavit. Although Mr. Loggins has filed his claims on a Court-approved form that is used in challenging the conditions of his confinement, the claims he raises involve the validity of his conviction and sentence are more properly raised in an action filed pursuant to 28 U.S.C. § 2254.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order. Mr.

Loggins will be directed to cure the following if he wishes to pursue his claims. Any papers that Mr. Loggins files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   __    is not submitted
(2)   __    is missing affidavit
(3)   __    is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)   X     is missing certificate showing current balance in prison account
(5)   __    is missing required financial information
(6)   __    is missing authorization to calculate and disburse filing fee payments
(7)   __    is missing an original signature by the prisoner
(8)   X     is not on proper form
(9)   __    names in caption do not match names in caption of complaint, petition or habeas application
(10)  __    other:

**Complaint, Petition or Application**:

(11)  __    is not submitted
(12)  X     is not on proper form
(13)  __    is missing an original signature by the prisoner
(14)  __    is missing page nos. __
(15)  __    uses et al. instead of listing all parties in caption
(16)  __    names in caption do not match names in text
(17)  __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  __    other:

Accordingly, it is

ORDERED that Mr. Loggins cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Loggins files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Loggins shall obtain the 28 U.S.C. § 2254 form and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915 in a Habeas Action form (with the assistance of their case manager or the facility's legal assistant), along with the applicable instructions, at [www.cod.uscourts.gov](www.cod.uscourts.gov).  It is

FURTHER ORDERED that, if Mr. Loggins fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED July 9, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge