IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01790-BNB

VINCENT E. LOGGINS,

    Applicant,

v.

UNITED STATES OF AMERICA, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

ORDER DENYING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

    Applicant, Vincent E. Loggins, currently is placed at the Colorado Mental Health Institute at Pueblo, Colorado. Mr. Loggins, pursuant to Magistrate Judge Boyd N. Boland's July 9, 2013 Order, submitted to the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are in proper form. The Court, however, will deny the § 1915 Motion because Mr. Loggins does not qualify for *in forma pauperis* status.

    Subsection (a)(1) of 28 U.S.C. § 1915 allows a litigant to commence a lawsuit without prepayment of fees or security therefor. However, "[t]here is no absolute right to proceed in court without paying a filing fee in civil matters." *Holmes v. Hardy*, 852 F.2d 151, 153 (5th Cir. 1988); *see also* 28 U.S.C. § 1914(a). Proceeding *in forma pauperis* pursuant to § 1915, *i.e.* without paying a filing fee under § 1914, is a privilege

extended to individuals unable to pay such a fee.  See *Holmes*, 852 F.2d at 153.

Mr. Loggins' account statement shows that on the day he initiated this action he had an available balance of $70.49 in his inmate account.  The statement also shows that over the past seven months Mr. Loggins has had a balance as high $3647.47 and has been able to withdraw at least $30.00 from his account on a weekly basis. Therefore, the Court finds that Mr. Loggins has sufficient funds to pay the $5.00 filing fee.  The § 1915 Motion will be denied.  Mr. Loggins will be directed to pay the $5.00 filing fee required pursuant to 28 U.S.C. § 1914 if he wishes to pursue his claims in this action.  Accordingly, it is

ORDERED that the motions seeking leave to proceed pursuant to § 1915, ECF Nos. 2, 4, and 7, are denied.  It is

FURTHER ORDERED that Mr. Loggins shall pay the full **$5.00** filing fee **within thirty days from the date of this Order** if he wishes to pursue his claims in this action.  It is

FURTHER ORDERED that, if Mr. Loggins fails to pay the $5.00 filing fee within the time allowed, the action will be dismissed without further notice.

DATED at Denver, Colorado, this  30th  day of   July  , 2013.

BY THE COURT:

 s/ Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court