**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01790-BNB

VINCENT E. LOGGINS

      Applicant,

v.

JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Applicant's Motions to Support Cause of Action, ECF Nos. 19 and 20, are construed as Supplements to Applicant's Reply, ECF No. 14.  he Clerk of the Court is instructed to terminate the Motions.

Dated:  September 12, 2013